IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

ALYSSA DOWLING,                      )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )          CV 126-103
                                     )
ERIC KOMITEE,                        )
                                     )
          Defendant.                 )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DENIES** the non-specific request to amend prior to dismissal, **DISMISSES** the case, and **CLOSES** this civil action.

SO ORDERED this ___13th___ day of July, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA